PAPERS IN FILE

[None]

UNITED STATES

v.

ROBERT FORSYTH AND WILLIAM SMITH, LATE MERCHANTS
TRADING UNDER THE FIRM OF FORSYTH & SMITH,
AND JAMES ROUGH

1808

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra, *p. 162
2. Judgment . . . . . . . . . . . . . " 171

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . . .
3. Bond payable June 18, 1805 . . . . . . . . . . .

UNITED STATES

v.

ROBERT FORSYTH AND WILLIAM SMITH, LATE MERCHANTS
TRADING UNDER THE FIRM OF FORSYTH & SMITH,
AND JAMES ROUGH

1808

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra, *p. 162
2. Judgment . . . . . . . . . . . . . " 171